UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA LYN ANDERSON,<br><br>Defendant. | CASE NO.:   21-cr-03593-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Kristina Lyn Anderson's Motion Hearing/Trial Setting currently scheduled for June 3, 2022, at 1:30 p.m., be rescheduled to July 15, 2022, at 1:30 p.m.

The court finds that time is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Ms. Anderson in a speedy trial.

**SO ORDERED.**

Dated:  June 1, 2022

Hon. Janis L. Sammartino
United States District Judge