1
2
3
4
5
6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:   21-cr-03593-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| KRISTINA LYN ANDERSON, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Kristina Lyn Anderson's Motion Hearing/Trial Setting currently scheduled for July 15, 2022, at 1:30 p.m. be rescheduled to September 16, 2022, at 1:30 p.m.

The court finds that time is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Ms. Anderson in a speedy trial.

**SO ORDERED.**

Dated:  July 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge